Before The
STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS

RICHR NO. 03 EAG 081 EEOC NO. 16JA300022

In the matter of

Roberta M. Reynolds
Complainant

Against

**NOTICE OF RIGHT TO SUE**

Pleasant Donuts, Inc. and Sam Kalda, Operations Manager
Respondent

This NOTICE OF RIGHT TO SUE is issued to the above-cited complainant pursuant to Section 28-5-24.1(c) of the General Laws of Rhode Island because the respondents have elected to have the case heard and decided in superior court. With the issuance of the NOTICE OF RIGHT TO SUE, **the Commission is terminating any further processing of this charge.** If the parties agree, the Commission can seek to conciliate or mediate the settlement of this case within the next ninety (90) days. Such conciliation or mediation efforts will NOT extend the time period within which the complainant must bring suit.

An information copy of this NOTICE OF RIGHT TO SUE has been sent to the persons indicated on page three.

If you intend to sue, **YOU MUST DO SO WITHIN NINETY (90) DAYS FROM THE DATE OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.**

On Behalf of the Commission

1/12/07
Date

Michael D. Évora
Executive Director

*****************************************************************

**NOTICE OF RIGHT TO SUE**
**PAGE TWO**

Section 28-5-24.1 of the General Laws of Rhode Island

(a) A complainant may ask for a right to sue in state court if not less than one hundred and twenty (120) days and not more than two (2) years have elapsed from the date of filing of a charge, if the commission has been unable to secure a settlement agreement or conciliation agreement and if the commission has not commenced hearing on a complaint. The commission shall grant the right to sue within thirty (30) days after receipt of the request. This shall terminate all proceedings before the commission and shall give to the complainant the right to commence suit in the superior court within any county as provided in section 28-5-28 within ninety (90) days after the granting of the request. Any party may claim a trial by jury.

(b) As to cases pending before the commission on the effective date of this act [July 8, 1999] in which a finding of probable cause has been made by the commission under section 28-5-18, or will in the future be made, the commission shall within thirty (30) days of such findings of probable cause or thirty (30) days after the effective date of this act, whichever is later, notify the respondent of the right to have the complaint heard and decided in the superior court. If within thirty (30) days of receipt of such notification by the respondent the respondent elects in writing to have the case heard in the superior court, the commission shall promptly issue right to sue letter to the complainant and all proceedings before the commission shall terminate. The complainant shall have the right to commence suit in the superior court within any county as provided in section 28-5-28 within ninety (90) days of the date of the right to sue letter, a copy of which shall be sent to all parties. Either party may claim a trial by jury in the superior court. Notwithstanding the termination of proceedings before the commission upon the granting of the right to sue notice, the parties may agree to have the commission seek to conciliate or mediate settlement of the case within the ninety (90) day period in which the complainant has the right to commence suit in superior court.

**NOTICE OF RIGHT TO SUE**
**PAGE THREE**

(c) As to cases commenced in the commission after the effective date of this act [July 8, 1999], the complainant or the respondent may elect within twenty (20) days after receipt of a finding of probable cause, to terminate by written notice to the commission all proceedings before the commission and have the case heard in the superior court. In the event of an election to terminate the proceedings, the commission shall issue a right to sue letter to the complainant with a copy of such letter sent to all parties. The complainant shall have the right to commence suit in the superior court within any county as provided in section 28-5-28 within ninety (90) days of the date of the right to sue letter. Either party may claim a trial by jury in the superior court. Notwithstanding such termination of proceedings before the commission upon the granting of the right to sue notice, the parties may agree to have the commission seek to conciliate or mediate settlement of the case within the ninety (90) day period in which the complainant has the right to commence suit in superior court.

(d) The superior court may make orders consistent with section 28-5-24; provided, however, that the court shall not enter a consent order or judgment settling claims of discrimination in an action or proceeding under this chapter, unless the parties and their counsel attest that a waiver of all or substantially all attorney's fees was not compelled as a condition of the settlement.

CC: Angelo Marocco, Esq.
James A. Ruggieri, Esq.
Sam Kalda
Daniel Delprete
Wayne Kezirian, Esq.
Lawrence McCarthy, III, Esq., Agent