UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERTA M. REYNOLDS,<br>Plaintiff, | ) | |
| v. | ) | C.A. No. 07-135 |
| PLEASANT DONUTS, INC. AND<br>SAM KALDA, OPERATIONS MANAGER | ) | |
| Defendants. | ) | |

## STIPULATION

It is hereby agreed between the parties that defendant, Pleasant Donuts, Inc. may have up to and including June 18, 2007, within which to file it's answer or other responsive pleading.

PLAINTIFF,
By their Attorneys,

/s/ Stephen T. Fanning,
Stephen T. Fanning, Esq.
Law Office of Steve Fanning
305 South Main Street
Providence, RI 02903

DEFENDANT,
By its Attorneys,

/s/ James A. Ruggieri
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney LLP
123 Dyer Street
Providence, RI 02903
401-272-3500

## CERTIFICATION OF SERVICE

I hereby certify that I caused to be served a copy of the within document by electronic mail through the electronic case filing system of the United States District Court on the 19th day of June, 2007 to the following counsel of record:

Stephen T. Fanning
305 South Main Street
Providence, RI 02903

/s/ James A. Ruggieri
James A. Ruggieri, Esq.