UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERTA REYNOLDS

CA 07-135ML

V.

PLEASANT DONUTS, INC.

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **Berry Mitchell** is appointed as neutral and a mediation shall be held in January, 2007 and a report shall be filed within (2) weeks from the date of that mediation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Court Judge
November 14, 2007

Entered as an Order of this Court on November 15, 2007.

Barbara Barletta
Deputy Clerk