**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERTA M. REYNOLDS,<br>Plaintiff | : | |
| Vs. | : | C.A. NO. 07-135 ML |
| PLEASANT DONUTS, INC. & SAM KALDA,<br>OPERATIONS MANAGER<br>Defendants | : | |

**DISMISSAL STIPULATION**

The above-captioned matter is hereby dismissed with prejudice, no interest and no costs.

Plaintiff,
Roberta M. Reynolds,
By her Attorneys,

/s/ Stephen T. Fanning, Esq.
Stephen T. Fanning, Esq.
Attorney for Plaintiff
Roberta M. Reynolds
Law Office of Stephen T. Fanning
305 South Main Street
Providence, RI 02903

Defendant,
Pleasant Donuts, Inc.
By its Attorneys,

/s/ James A. Ruggieri, Esq.
James A. Ruggieri, Esq.
Attorney for Defendant,
Pleasant Donuts, Inc.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Dated: July 15, 2008